# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa Margaret Velasquez FKA Melissa M. Tucker AKA Melissa M. Velasquez AKA Melissa Velasquez FKA Melissa Margaret Tucker FKA Melissa Tucker | BK NO. 22-02430 MJC |
| Roberto Velasquez AKA Roberto A. Velasquez AKA Roberto Acevedo Velasquez | Chapter 13 |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Ark-La-Tex Financial Services, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
29 Sep 2023, 14:25:55, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322