UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>ROBERTO VELASQUEZ AND<br>MELISSA MARGARET<br>VELASQUEZ<br>DEBTORS | CASE NO. 5:22-BK-02430-MJC<br>CHAPTER 13 |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 17 ASHLEY LN, WILKES BARRE, PA 18702 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******9120**

NOW COMES Ark-La-Tex Financial Services, LLC (Except in ME, NH, RI or Orleans Parish, LA, then foreclose in the name of Federal National Mortgage Association), by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

PHH Mortgage Corporation
1661 Worthington Rd.
Ste. 100
West Palm Beach, Florida 33409

Please take notice that the undersigned hereby appears as counsel for Ark-La-Tex Financial Services, LLC (Except in ME, NH, RI or Orleans Parish, LA, then foreclose in the name of

24-22807 BKSUP01

 

Federal National Mortgage Association) pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                                      RESPECTFULLY SUBMITTED,

/s/ Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

24-22807 BKSUP01