United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                  Case No. 22-02430-MJC

Roberto Velasquez                        Chapter 13

Melissa Margaret Velasquez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Aug 15, 2024                Form ID: trc                         Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5519829 | Email/Text: BKelectronicnotices@cenlar.com | Aug 15 2024 19:38:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024                      Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Ark-La-Tex Financial Services LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Roberto Velasquez MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Melissa Margaret Velasquez MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| John Fisher | on behalf of Creditor CityMark Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario J. Hanyon | |

| | |
|---|---|
| | on behalf of Creditor Ark-La-Tex Financial Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Ark-La-Tex Financial Services  LLC (Except in ME, NH, RI or Orleans Parish, LA, then foreclose in th wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:22-bk-02430-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Roberto Velasquez
17 Ashley Ln
Wilkes Barre PA 18702-4211

Melissa Margaret Velasquez
17 Ashley Ln
Wilkes Barre PA 18702-4211

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/14/2024.

Name and Address of Alleged Transferor(s):

Claim No. 9: Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

Ark-La-Tex Financial Services, LLC
1661 Worthington Rd.
Ste. 100
West Palm Beach, FL , 33409
Ark-La-Tex Financial Services, LLC
1661 Worthington Rd.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/17/24

Terrence S. Miller
**CLERK OF THE COURT**